UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIDGETT GONTA d/b/a
AQUARIUS DAY SPA,

  Plaintiff,

v.           Case No. 5:19-cv-565-TKW-MJF

DONALD F. NATIONS and
PROMENADE RENTALS, LLC,

  Defendants.
_____/

## ORDER

  This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed.

  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's federal claims should be dismissed for failure to state a claim upon which relief can be granted and that the Court should decline supplemental jurisdiction over Plaintiff's state claims. The federal claims are due to be dismissed with prejudice because Plaintiff has been afforded two prior opportunities to state legally sufficient claims,

but the state claims are due to be dismissed without prejudice so Plaintiff can re-file those claims in state court if she chooses to do so. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The federal claims in the third amended complaint are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

3. The Court declines to exercise supplemental jurisdiction over the state claims, and those claims are **DISMISSED without prejudice**.

4. The Clerk shall close the case file.

**DONE AND ORDERED** this 9th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**